ANNIE P. CRANK et al., Respondents, v. THE MISSOURI GUARANTEE SAVINGS AND BUILDING ASSOCIATION, Appellants.

St. Louis Court of Appeals, April 12, 1898.

*Appeal from the Lawrence Circuit Court.*—HON. J. C. LAMSON, Judge.

TRANSFERRED TO SUPREME COURT.

BOND, J.—In this case it appears from the pleadings that the reply of plaintiffs raises the question of the constitutionality of section 2814 of the Revised Statutes of Missouri. The joint motion of the parties to transfer this cause to the supreme court is therefore sustained. All concur.